Oscar Galter, Plaintiff-Appellant, v. Gregory Korzeniewski, d/b/a Dependable Products Company, Defendant-Appellee.

Gen. No. 48,397.

First District, Second Division.
October 24, 1961.

Koven, Koven, Salzman & Homer, of Chicago (Robert Rosenman, of counsel), for appellant; Edward J. Komosa, of Chicago, for appellee. Opinion by MR. JUSTICE BURKE. Not to be published in full.